# Supreme Court of Kentucky

2021-SC-0558-MR

JOHN GILES                                             APPELLANT

                ON APPEAL FROM GRAVES CIRCUIT COURT

V.                 HONORABLE KEVIN D. BISHOP, JUDGE
                          NO. 19-CR-00385

COMMONWEALTH OF KENTUCKY                      APPELLEE

## <u>ORDER DENYING MOTION TO PUBLISH</u>

The Commonwealth's motion, pursuant to RAP 43(H), to publish the Memorandum Opinion of the Court rendered on October 26, 2023, is DENIED.

All sitting. All concur.

ENTERED: March 14, 2024.

_____
CHIEF JUSTICE